**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

ADEL-BAL NERE,                                   CIVIL ACTION NO. 5:26-cv-
Petitioner,                                          00412-DCB-RPM

v.

RAFAEL VERGARA,
Respondent.

**ORDER DENYING RESPONDENT'S MOTION TO DISMISS**
**AND GRANTING UNOPPOSED MOTION TO TRANSFER ACTION IN THE**
**INTEREST OF JUSTICE**

Before the Court is Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 8). Petitioner opposes dismissal and requests transfer of this action to the United States District Court for the Eastern District of Texas, Lufkin Division. Respondent does not object to transfer.

Respondent's evidence reflects that Petitioner was detained at the IAH Polk Adult Detention Facility in Livingston, Texas, when the Petition was filed. The Court finds that this action could have been brought in the Eastern District of Texas, Lufkin Division, at that time and that transfer, rather than dismissal, is in the interest of justice under 28 U.S.C. § 1631.

**IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:**

1. Respondent's Motion to Dismiss (ECF No. 8) is **DENIED.**

2. This action is **TRANSFERRED**, pursuant to 28 U.S.C. § 1631, to the United States District Court for the Eastern District of Texas, Lufkin Division. The action shall proceed in the transferee court as if it had been filed there on April 29, 2026.

3. The Clerk of Court is directed to transfer the complete record to the Clerk of the United States District Court for the Eastern District of Texas and to close this case on this Court's docket after transfer.

SO ORDERED AND ADJUDGED, this the 29  day of July, 2026.

                                    /s/ David C. Bramlette_____
                                    **UNITED STATES DISTRICT JUDGE**